Herman House against Elizabeth Taylor and others. No opinion. Judgment unanimously affirmed, with costs.

HOYLER, Appellant, v. HOYLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Charles A. Hoyler against Martha Hoyler. PER CURIAM. Judgment reversed, and new trial granted, without costs. *Held*, that the questions of fraud and impotency were not covered by the pleadings, and should not have been tried against plaintiff's objection, and that the findings that the plaintiff was guilty of cruel and inhuman treatment are contrary to and against the weight of the evidence.

LAMBERT, J., not sitting

HUGHES v. BREAKWATER CO. (No. 5992.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Trial Term, New York County. Action by James E. Hughes against the Breakwater Company. Judgment for plaintiff, and defendant appeals. Affirmed. Emanuel J. Myers, of New York City, for appellant. Horace L. Cheyney, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J. (dissenting). I dissent, upon the ground that the assumption of the debt of the bankrupt company by the defendant was without consideration, and the directors of the defendant had no power to assume such debt.

HUGHES, Respondent, v. BROWN-REISS REALTIES, Appellant. (Supreme Court, Appellate Division, First Department, June 26, 1914.) Action by Mary B. Hughes against the Brown-Reiss Realties. H. M. Marks, of New York City, for appellant. E. P. Kilroe, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HUGHES, Respondent, v. ROACHE, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Thomas L. Hughes against J. Benedict Roache. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant within 10 days to withdraw demurrer and answer, upon payment of costs in this court and at the Special Term.

HURD, Respondent, v. GREENLAWN CEMETERY ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by George B. Hurd, in his own behalf, etc., against the Greenlawn Cemetery Association and others. E. J. Myers, of New York City, for appellants. J. M. Gardner, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1122.

HURD v. GREENLAWN CEMETERY ASS'N et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by George B. Hurd, etc., against the Greenlawn Cemetery Association and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1122.

HYDE PARK TERRACE CO., Respondent, v. JACKSON BROS. REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by the Hyde Park Terrace Company against the Jackson Bros. Realty Company and others, copartners, etc. No opinion. Order settled and signed. See, also, 147 N. Y. Supp. 1117.

HYLAND v. FINK. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Catherine Hyland against Valentine Fink. No opinion. Application denied, with $10 costs. Order signed.

INGALLS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Cora Ingalls against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 155 App. Div. 878, 139 N. Y. Supp. 1127.

KRUSE, P. J., dissents.

In re INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of the Interborough Rapid Transit Company (Webster Avenue Line, West Farms Subway Connection). No opinion. Application granted. Settle order on notice.

IRVIN, Appellant, v. OSWALD, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Paul H. Irvin against Charles Oswald. No opinion. Order affirmed, with $10 costs and disbursements.

JAMES C. McGUIRE & CO. v. H. G. VOGEL CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by James C. McGuire & Co. against the H. G. Vogel Company. No opinion. Application granted. Order signed. See, also, 148 N. Y. Supp. 178.

JENDRASIAK, Respondent, v. LACKA-WANNA BRIDGE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Lawrence Jendrasiak against the Lackawanna Bridge Company, impleaded with the South Buffalo Railway Co. No opinion. Judgment and order affirmed, with costs. Leave to appeal to Court of Appeals denied in 148 N. Y. Supp. 1122.

JENDRASIAK, Respondent, v. LACKA-WANNA BRIDGE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Lawrence